# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| United States of America <br> v. <br> MARLON PLACIDE <br><br> Date of Original Judgment: June 24, 2002 <br> Date of Previous Amended Judgment: _____ <br> *(Use Date of Last Amended Judgment if Any)* | ) ) ) ) ) ) ) ) ) <br><br> Case No: 3:00-00188-18 <br> USM No: 16999-075 <br><br> RONALD C. SMALL <br> *Defendant's Attorney* |

## CORRECTED ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of    X the defendant    ❏ the Director of the Bureau of Prisons    ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❏ **DENIED.**    X **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    151    months **is reduced to**    121 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated    June 24, 2002    shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 12/29/2014

*[signature]*
*Judge's signature*

Effective Date: 11/1/2015
*(if different from order date)*

United States District Judge
*Printed name and title*